Krista Hart
Attorney at Law
State Bar No. 199650
PO Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Attorney for
RUBEN GOVEA BARAJAS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>RUBEN GOVEA BARAJAS,<br>Defendant. | CR. S-13-233 TLN<br><br>ORDER |

**GOOD CAUSE APPEARING** Attorney Krista Hart is appointed to represent RUBEN GOVEA BARAJAS on the direct appeal to the Ninth Circuit Court of Appeals.

Dated: May 13, 2014

_____
Troy L. Nunley
United States District Judge