Krista Hart
Attorney at Law
State Bar No. 199650
PO Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Attorney for Defendant
Ruben Govea Barajas

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN GOVEA BARAJAS,<br><br>Defendant. | CR. S-13-233 TLN<br><br>**ORDER** |

**GOOD CAUSE APPEARING** the Court orders the court reporter to prepare the sealed portion of the transcript of the *in camera* hearing held on May 1, 2014, and to provide a copy to attorney Krista Hart. The Court orders the transcript to otherwise remain sealed unless and until appellant introduces the issue into the appeal.

Dated: June 19, 2014

Troy L. Nunley
United States District Judge