```
PHILLIP A. TALBERT
Acting United States Attorney
JASON HITT
KATHERINE T. LYDON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00233-TLN-CKD |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| RUBEN GOVEA BARAJAS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on March 26, 2021. Docket No. 94. Pursuant to Local Rule, the government's response is due on April 2, 2021, with any reply from the defendant due on April 5, 2021.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before April 7, 2021;

STIPULATION RE BRIEFING SCHEDULE       1

      b)    The defendant's reply to the government's response to be filed on or before April 14, 2021.

IT IS SO STIPULATED.

Dated:  April 2, 2021                                PHILLIP A. TALBERT
                                                    Acting United States Attorney

                                                     /s/ KATHERINE T. LYDON
                                                     KATHERINE T. LYDON
                                                   Assistant United States Attorney

Dated:  April 2, 2021                                /s/ DOUGLAS BEEVERS
                                                   DOUGLAS BEEVERS
                                                   Counsel for Defendant
                                                   RUBEN GOVEA BARAJAS

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

    a)    The government's response to the defendant's motion, Docket No. 94, is due on or before April 7, 2021;

    b)    The defendant's reply to the government's response, if any, is due on April 14, 2021.

IT IS SO FOUND AND ORDERED this 2nd day of April, 2021.

                                                     Troy L. Nunley
                                                     United States District Judge